GAYLE A. KERN, ESQ.
Nevada Bar No. 1620
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
KERN & ASSOCIATES, LTD.
5421 Kietzke Lane, Ste. 200
Reno, Nevada 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
Email: gaylekern@kernltd.com
Email: karenayarbe@kernltd.com

*Attorneys for Defendant Casitas on the Green Homeowners Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, | Case No.: 2:16-cc-01632-RFB-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO TRANSFER TO NORTHERN DIVISION, UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA** |
| CASITAS ON THE GREEN HOMEOWNERS' ASSOCIATION and THUNDER PROPERTIES, INC., | |
| Defendants. | |

On or about July 12, 2016, Plaintiff Nationstar Mortgage, LLC ("Plaintiff") filed its Complaint in the above referenced matter. The subject matter concerns that certain real property located at and commonly known as 5593 Churchill Green Drive, Sparks, County of Washoe, State of Nevada. Defendant Casitas on the Green Homeowners Association (the "Association") is also located and conducts business in Washoe County, State of Nevada.

///

///

Based upon the foregoing, ***IT IS HEREBY STIPULATED*** between Plaintiff, by and through its counsel, Akerman LLP, and the Association, by and through its counsel Kern & Associates, Ltd., that the above-entitled action be ***TRANSFERRED*** to the Northern Division United States District Court, District of Nevada, in Reno, County of Washoe, State of Nevada.

DATED this 2nd day of August, 2016.   DATED this 2nd day of August, 2016.

**KERN & ASSOCIATES, LTD.**   **AKERMAN, LLP**

*/s/ Karen M. Ayarbe, Esq.*   */s/ Rex Garner, Esq.*
KAREN M. AYARBE, ESQ.   REX GARNER, ESQ.
Nevada Bar No. 3358   Nevada Bar No. 9401
GAYLE A. KERN, ESQ.   MELANIE D. MORGAN, ESQ.
Nevada Bar No. 1620   Nevada Bar No. 8215
5421 Kietzke Lane, Ste. 200   1160 Town Center Drive, Ste. 330
Reno, NV 89511   Las Vegas, NV 89144
Tel: (775) 324-5930   Tel: (702) 634-5000
Fax: (775) 324-6173   Fax: (702) 380-8572
*Attorneys for Defendant, Casitas on the*   *Attorneys for Plaintiff,*
*Green Homeowners Association*   *Nationstar Mortgage LLC*

## ORDER

***IT IS SO ORDERED***.

DATED this  8th  day of August, 2016.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

**Respectfully Submitted By:**

*/s/ Karen M. Ayarbe, Esq.*
KAREN M. AYARBE, ESQ.
*Attorneys for Defendant,*
*Casitas on the Green Homeowners Association*

# CERTIFICATE OF SERVICE

Pursuant to the Fed. R. Civ. Proc. 5(b) and the United States District Court CM/ECF Electronic Filing Procedure IV(B), a true and correct copy of the foregoing ***Stipulation and Order to Transfer to Northern Division, United States District Court, District of Nevada*** was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case.

**Rex Garner**
rex.garner@akerman.com,fmi@morrislawgroup.com,brieanne.siriwan@akerman.com,AkermanLAS@akerman.com

**Melanie D Morgan**
melanie.morgan@akerman.com,jennifer.richardson@akerman.com,erin.abugow@akerman.com,akermanlas@akerman.com,tracey.wayne@akerman.com,allen.stephens@akerman.com

**Christine M. Parvan**
christine.parvan@akerman.com,ariel.stern@akerman.com,akermanlas@akerman.com

                          */s/ Christine A. Lamia*
                          An Employee of Kern & Associates, Ltd.